UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

TERRY NELSON AND GARY LARSON, as Trustees of the Painters and Allied Trades District Council No. 82 Health Care Fund and the Painters and Allied Trades District Council No. 82 Vacation Fund; TERRY NELSON AND WILLIAM GRIMM, as Trustees of the Minneapolis Local 386 Drywall Finishing Industry Pension Fund; TERRY NELSON AND GARY LARSON, as Trustees of the Minneapolis Painting Industry Pension Fund; TERRY NELSON AND ROBERT SWANSON, as Trustees of the Minnesota Finishing Trades Training Fund; and each of their successors,

TERRY NELSON AND JOHN NAKASONE, as Trustees of the St. Paul Painting Industry Pension Fund; and each of their successors;

  Plaintiffs,

vs.

ADMIRAL PAINTING, INC. and
KENNETH J. STEELE, individually,

    Defendants.
_____

Civil File No. 08-CV-5783 (PAM/JSM)

**ORDER FOR DISMISSAL**

  This matter is hereby dismissed with prejudice as to contributions due for August and September, 2008 and without costs to either party.

IT IS SO ORDERED:

Date: January __24__, 2009   BY THE COURT

             s/Paul A. Magnuson_____
             Honorable Paul A. Magnuson
             United States District Court Judge